Filed in open court 4/18/05 (EW)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Case No. 05-76 M — 1 |
| ALIRIO ~~RODRIGUEZ~~ GALLEGO-DUGUE, | : | |
| Defendant. | : | |

### MOTION FOR DETENTION HEARING

**NOW COMES** the United States and moves for the pretrial detention of the defendant, pursuant to 18 U.S.C. § 3142(e) and (f). In support of the motion, the United States alleges the following:

1. **Eligibility of Case**. This case is eligible for a detention order because case involves (**check all that apply**):

    ___ Crime of violence (18 U.S.C. § 3156)

    ___ Maximum sentence life imprisonment or death

    ___ 10+ year drug offense

    ___ Felony, with two prior convictions in above categories

    _X_ Serious risk defendant will flee

    ___ Serious risk obstruction of justice

2. **Reason For Detention**. The court should detain defendant because there are no conditions of release which will reasonably assure (**check one or both**):

    _X_ Defendant's appearance as required

       ___ Safety of any other person and the community

   3. **Rebuttable Presumption**. The United States (will, will not) invoke the rebuttable presumption against defendant under § 3142(e). (If yes) The presumption applies because (**check one or both**):

       ___ Probable cause to believe defendant committed 10+ year drug offense or firearms offense, 18 U.S.C. § 924(c)

       ___ Previous conviction for "eligible" offense committed while on pretrial bond

   4. **Time For Detention Hearing**. The United States requests the court conduct the detention hearing,

       ___ At first appearance

       _X_ After continuance of ___ days (not more than 3).

   5. **Temporary Detention**. The United States requests the temporary detention of the defendant for a period of days (not more than 10) so that the appropriate officials can be notified since:

       ___ 1. At the time the offense was committed the defendant was:

           ___ (a) on release pending trial for a felony;

           ___ (b) on release pending imposition or execution of sentence, appeal of sentence or conviction, or completion of sentence for an offense;

           ___ (c) on probation or parole for an offense.

       ___ 2. The defendant is not a citizen of the U.S. or lawfully admitted for permanent residence.

    __X__ 3. The defendant may flee or pose a danger to any other person or the community.

    6. **Other Matters**.

    _____

    _____

DATED this 18th day of April, 2005.

                                   COLM F. CONNOLLY
                                   United States Attorney

BY: _____
           Beth Moskow-Schnoll
           Assistant United States Attorney