AO 442(Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT

## DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA | **WARRANT FOR ARREST** |
| v. | |
| ALIRIO GALLEGO-DUGUE | CASE NUMBER: 05- 76 M- 1 |

**To: The United States Marshal
and any Authorized United States Officer**



YOU ARE HEREBY COMMANDED to arrest ALIRIO GALLEGO-DUGUE when and as stated in the Criminal Complaint and Affidavit which are incorporated herein by reference and bring him to the nearest magistrate to answer a(n)

__ Indictment __ Information _X_ Complaint __ Order of court __ Violation Notice __ Probation Violation Petition

charging him with (brief description of offense)

with intent to defraud, passing, uttering, and keeping in his possession counterfeited obligations of the United States, e.g., counterfeit $100 Federal Reserve notes,

in violation of Title __18__ United States Code, Section (s) __472.__

**Honorable Mary Pat Thynge**
Name of Issuing Officer

_[signature]_
Signature of Issuing Officer

Bail fixed at $ _____

United States Magistrate Judge
District of Delaware
Title of Issuing Officer

April 18, 2005   Wilmington, DE
Date and Location

by _____
Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____
Alirio Gallego-Dugue

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 4-18-05 | William David, USM | William Davis |
| DATE OF ARREST | | |
| 4-18-05 | | |

AO 442 (Rev. 12/85) Warrant for Arrest