UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 05-76M |
| ALIRIO GALLEGO-DUGUE, | : |
| Defendant. | : |

**SUBSTITUTION OF COUNSEL AND ENTRY OF APPEARANCE**

**PLEASE** withdraw the appearance of Penny Marshall, Esquire as attorney of record and enter the appearance of Eleni Kousoulis, Esquire as attorney on behalf of Defendant, Alirio Gallego-Dugue, in the above-captioned matter.

    /s/ Penny Marshall
Penny Marshall, Esquire


    /s/ Eleni Kousoulis
Eleni Kousoulis, Esquire
Assistant Federal Public Defender
First Federal Plaza
704 King Street, Suite 110
Wilmington, DE 19801
Attorney for Alirio Gallego-Dugue

DATED: April 20, 2005

**CERTIFICATE OF SERVICE**

Undersigned counsel certifies that a copy of Substitution of Counsel and Entry of Appearance is available for public viewing and downloading and was electronically delivered on April 20, 2005 to:

>Beth Moskow-Schnoll, AUSA
>United States Attorney's Office
>1007 Orange Street, Suite 700
>Wilmington, DE 19801

>/s/ Eleni Kousoulis
>Eleni Kousoulis, Esquire
>Assistant Federal Public Defender
>First Federal Plaza
>704 King Street, Suite 110
>Wilmington, DE 19801
>Attorney for Alirio Gallego-Dugue

DATED: April 20, 2005